Joseph R. Manning, Jr. (SBN 223381)
Michael Manning  (SBN 290301)
Tristan P. Jankowski, Esq. (State Bar No. 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

Attorneys for Plaintiff
REBECCA CASTILLO

**SHEPPARD, MULIN, RICHTER & HAMPTON LLP**
Michael J. Chillen, Esq.  (SBN 210704)
350 Town Center Drive, 4th Floor
Costa Mesa, CA 92626
Office: (714) 513-5100

Attorneys for Defendant
BEVERAGES & MORE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASTILLO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BEVERAGES & MORE, INC. d/b/a BEVMO!, a Delaware corporation; and DOES 1-10, inclusive, <br><br> Defendants | Case No.: 2:17-cv-01228-FMO-MRW <br><br> Hon.  Fernando M. Olguin <br><br> **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** <br><br> Complaint Filed: August 24, 2017 <br> Trial Date: None set |

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff REBECCA CASTILLO ("Plaintiff") and BEVERAGES & MORE, INC. ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:March 8, 2018

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Rebecca Castillo

DATED:March 8, 2018

**SHEPPARD, MULIN, RICHTER & HAMPTON LLP**

By: /s/ *Michael J. Chillen*
    Michael J. Chillen
    Attorneys for Defendant
    Beverages & More Inc.

**<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 8, 2018    By: /s/ *Joseph R. Manning, Jr.*