# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BEVERAGES & MORE, INC. d/b/a BEVMO!, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants | Case No.: 2:17-cv-01228-FMO-MRW<br><br>**ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the Entire Action with Prejudice filed by Plaintiff Rebecca Castillo ("Plaintiff") and Beverages & More, Inc., the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:  March 9, 2018                         /s/  Fernando M. Olguin
                                              UNITED STATES DISTRICT COURT JUDGE